IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:09CR19 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| THADDEUS D. STEVENS, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant's Motion for Release from Detention (#46).  The motion is denied.

The defendant's proposed placement with his mother does not overcome the presumption of detention under 18 U.S.C. § 3142(e).  Additionally, the proposed placement does not significantly address the defendant's prior felony criminal record, including two felony convictions, his violation of supervised release in 2001, or his prior record of failure to appear at court proceedings.

**IT IS ORDERED** the defendant's Motion for Release from Detention (#46) is denied without hearing.

Dated this 16th day of April 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge