IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THADDEUS D. STEVENS,<br><br>　　　　　Defendant. | 8:09CR19<br><br>ORDER |

Defendant Thaddeus D. Stevens appeared before the court on Monday, November 7, 2016 on an Amended Petition for Warrant or Summons for Offender Under Supervision [111]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. The government did not request detention aside from an additional condition of release to be added as stated on the record. The defendant did not object to the government's request for additional condition(s) and otherwise waived a Preliminary Hearing. The defendant was released on current terms and conditions of supervision with additional condition(s) to be added as set out on the record.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 8, 2016 at 3:00 p.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 8th day of November, 2016

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge